**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 1 2021

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NANCY BREWER                                                    PLAINTIFF

VS.                                    No. 4:21-cv-160-KGB

BROOKSHIRE GROCERY                                             DEFENDANT
COMPANY

## NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. §§ 1332(d), 1441 and 1446, Defendant,
Brookshire Grocery Company ("Brookshire"), with full reservation of rights, defenses,
exceptions, objections, and claims and without waiver thereof, gives notice of removal of the
pending state court case described in paragraph 1 below.

**I.      BACKGROUND**

Plaintiff, Nancy Brewer, filed this suit on January 29, 2021, against Brookshire in the
Circuit Court of Jefferson County, Arkansas, Case No. 35CV-21-60 ("the Jefferson County
Case"). Plaintiff's Complaint contains personal injury and negligence allegations and seeks
judgment for damages in an amount exceeding the minimum sum necessary for federal
diversity jurisdiction.

**II.     PROCEDURAL REQUIREMENTS FOR REMOVAL**

1.      This Notice of Removal is filed within thirty days of the service of the
Complaint. Brookshire was served on February 10, 2021 (A copy of the summons served on
Brookshire is attached as Ex. "1"). This Notice of Removal, therefore, is timely filed in this
Court, pursuant to 28 U.S.C. § 1446.

This case assigned to District Judge Baker
and to Magistrate Judge Deere

2.      As required by § 1446(a) a copy of all process, pleadings, and orders served upon the removing defendant, consisting of the summons and Complaint, are attached as Exs. "1" & "2".

3.      Written notice of Brookshire's Notice of Removal will be promptly served on counsel for Plaintiff by first class U.S. mail, postage prepaid. A true and accurate copy of the Notice of Removal will be filed with the Clerk of the Circuit Court of Jefferson County, Arkansas. 28 U.S.C. § 1446(d).

**III.    VENUE**

This Court is the proper venue for removal. 28 U.S.C. § 1441(a). The state court action, Case No. 35CV-21-60, is pending in the Circuit Court of Jefferson County, Arkansas, which is within the district of the United States District Court for the Eastern District of Arkansas.

**IV.     GROUNDS FOR REMOVAL**

This Court has original jurisdiction over this case, which is therefore removable under 28 U.S.C. §§ 1332 and 1441. There is diversity of citizenship between Plaintiff, an Arkansas resident, and Brookshire, a Texas corporation with its principal place of business in that state.

**A.      Amount in Controversy**

The amount in controversy exceeds the amount required to invoke federal diversity jurisdiction, exclusive of interest and costs. *See* Ex. 2, ¶ 10.

**B.      Diversity of Citizenship**

There is complete diversity of citizenship between the Plaintiff and Brookshire. 28 U.S.C. §1332(a). Plaintiff alleges she is a citizen of the State of Arkansas and that Brookshire's principal place of business is in Tyler, Texas.

If removal is contested, Brookshire requests the opportunity to brief the disputed issues, conduct any limited jurisdictional discovery that may be required, submit evidence in support of removal, and be heard in oral argument. Brookshire does not waive the right to assert any defense including, without limitation, those provided under Federal Rule of Civil Procedure 12(b) and any other procedural or substantive defense available under state or federal law.

**WHEREFORE,** Brookshire Grocery Company removes this action from the Circuit Court of Jefferson County, Arkansas, to this Court, pursuant to 28 U.S.C. § 1441.

DATED this 1st day of March, 2021.

David M. Fuqua
Ark. Bar No. 80048
E-mail: dfuqua@fc-lawyers.com

Annie Depper
Ark. Bar No. 2009267
E-mail: adepper@fc-lawyers.com

**Fuqua Campbell, P.A.**
Attorneys at Law
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
501-374-0200

Attorneys for Brookshire Grocery Company

 **CT Corporation**

**Service of Process Transmittal**
02/10/2021
CT Log Number 539034418

**TO:**     Rosemary Jones
         Brookshire Grocery Company
         1600 W Southwest Loop 323
         Tyler, TX 75701-8500

**RE:**     **Process Served in Arkansas**

**FOR:**    Brookshire Grocery Company  (Domestic State: TX)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NANCY BREWER, PLTF. vs. Brookshire Grocery Company, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 35CV2160 |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Little Rock, AR |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/10/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Arkansas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/11/2021, Expected Purge Date: 02/16/2021 |
| | Image SOP |
| | Email Notification,  Rosemary Jones  rosemaryjones@brookshires.com |
| | Email Notification,  Melani Crawford  melanicrawford@brookshires.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>124 West Capitol Avenue<br>Suite 1900<br>Little Rock, AR 72201<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT**

tabbies

1



$12.910
US POSTAGE
FIRST-CLASS
062S0012489233
FROM 72201

DAVID A. HODGES
ATTORNEY AT LAW
CENTRE PLACE - FIFTH FLOOR
212 CENTER STREET
TLE ROCK, AR 72201-2429

RWARDING ADDRESS REQUESTED

CERTIFIED MAIL®

7014 2870 0000 5130 6783

Brookshire Grocery Store
c/o C T Corporation
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201

# David A. Hodges

**Attorney at Law**
Centre Place - Fifth Floor
212 Center Street
Little Rock, Arkansas 72201-2429

Telephone:  501-374-2400
Facsimile:    501-374-8926
Toll Free:   1-800-642-8082

Website:
www.hodgeslaw.com
Writer's e-mail:
david@hodgeslaw.com

February 3, 2021

**Via Certified Mail**
**Return Receipt Requested**
**Restricted Delivery**
**7014 2870 0000 5130 6776**

Brookshire Grocery Store
c/o C T Corporation
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201

Re:   Nancy Brewer v. Brookshire Grocery Company
        Jefferson County Circuit Court No. 35CV-21-60

Dear Sir or Madam:

Enclosed herewith please find a copy of a Summons with attached Complaint which has been filed in the above captioned matter.   Please read over these documents very carefully.   You will see that the defendant has thirty (30) days from date of this service upon you within which to file an answer or other responsive pleading.

With warmest and best personal regards, I am,

Sincerely yours,

*David A. Hodges*

DAVID A. HODGES

DH/emk/037
Enclosure

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS**
**CIVIL DIVISION**

**NANCY BREWER**                                                    **PLAINTIFF**

**VS.**

**BROOKSHIRE GROCERY COMPANY**                    **DEFENDANT**

<u>**SUMMONS**</u>

**THE STATE OF ARKANSAS TO DEFENDANT:**

Brookshire Grocery Store
c/o C T Corporation
124 West Capitol Avenue, Suite 1900
Little Rock, AR 72201
A lawsuit has been filed against you.   The relief demanded is stated in the
attached complaint.   Within 30 days after service of this summons on you (not
counting the day you received it) — or 60 days if you are incarcerated in any jail,
penitentiary, or other correctional facility in Arkansas — you must file with the clerk
of this court a written answer to the complaint or a motion under Rule 12 of the
Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney,
whose name and address are: David Hodges
Attorney at Law,
212 Center Street, 5th Floor
Little Rock, AR 72201
If you fail to respond within the applicable time period, judgment by default may be
entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office
Barbara A. Collins
Courthouse
1010 W. Barraque St., Room 104
Pine Bluff, AR 71601

[Signature of Clerk or Deputy Clerk]

Date:_____

[SEAL]

No. _____   **This summons is for Brookshire Grocery Company**

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at
_____ _____[place] on
_____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by
_____ _____ after he/she refused to receive it when I
offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or
usual place of abode at _____[address] with
_____[name], a person at least 14 years of age who
resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of
individual], an agent authorized by appointment or by law to receive service
of summons on behalf of _____[name of defendant] on
_____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit,
and I served the summons and complaint on the defendant by certified mail,
return receipt requested, restricted delivery, as shown by the attached
signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit,
and I mailed a copy of the summons and complaint by first-class mail to the
defendant together with two copies of a notice and acknowledgment and
received the attached notice and acknowledgment form within twenty days
after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because:
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF JEFFERSON COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



**Arkansas Judiciary**

**Case Title:**      NANCY BREWER V BROOKSHIRE GROCERY
                     COMPANY

**Case Number:**     35CV-21-60

**Type:**            SUMMONS - FILER PREPARED

So Ordered

Katherine White, Deputy Clerk

Electronically signed by KAWHITE on 2021-01-29 13:10:33    page 4 of 4

ELECTRONICALLY FILED
Jefferson County Circuit Court
Barbara A. Collins, Circuit Clerk
2021-Jan-29 10:28:33
35CV-21-60
C41WD05 : 4 Pages

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
## CIVIL DIVISION

**NANCY BREWER**                                                **PLAINTIFFS**

**VS.**                          **NO. _____**

**BROOKSHIRE GROCERY COMPANY**                    **DEFENDANT**

### COMPLAINT

### JURISDICTION AND VENUE

1.      The Circuit Court of Jefferson County, Arkansas has jurisdiction of this case because of the fact that the Plaintiff is seeking damages against the Defendant in this civil proceeding thereby giving this Court jurisdiction under Ark. Const. Art. 7 § 11 and Ark Code Annotated § 16-13-201.

2.      The venue for this action is in Jefferson County, Arkansas pursuant to the provisions of the General Venue Statute, Ark. Code Annotated §16-60-101 and Ark. Code Ann. § 16-55-213 (Civil Justice Reform Act of 2003).

### PARTIES

3.      The Plaintiff, at the time of this incident, was a resident of 2406 West 24th Street, Pine Bluff, Arkansas 71603-5013.

4.      The Defendant is Brookshire Grocery Company, a corporation headquartered in Tyler, Texas and operating at 2800 S. Hazel Street, Pine Bluff, Arkansas 71603-5007. The agent for service of process is C T Corporation System, 124 West Capitol St., Suite 1900, Little Rock, AR 72201.



EXHIBIT
2

## **FACTUAL BACKGROUND**

5.     This accident occurred on September 9, 2020 at approximately 6:15 p.m. at 2800 S. Hazel Street, Pine Bluff, Arkansas.

6.     Plaintiff was a customer at the Brookshire Grocery. When paying at the check out counter, Plaintiff requested her receipt and an employee of the Defendant, the cashier, told Plaintiff to reach over the counter for her receipt. As Plaintiff retrieved her receipt, the cashier slammed the cash register drawer closed. This trapped the Plaintiff's hand in the drawer and Plaintiff had to request the cashier open the drawer so Plaintiff could free her hand. The incident has caused pain and edema to right mid finger as well as lingering effects from nerve damage, including numbness and tingling.

## **COUNT I**

7.     As a cause of action and ground for relief, Plaintiff alleges the factual matters described in paragraphs no. 1 through 6, inclusive, of the Complaint as part of this Count.

8.     This incident was caused by the negligence of the Defendant, which consists of, but is not limited to, the following, which negligence was a proximate cause of the alleged damages and injuries sustained by the Plaintiff, viz.:

1.     Failure to safely operate the drawer.

-2-

2.     Failure to adequately pay attention in order to avoid injury when closing the drawer.

3.     Failure to mitigate damage through timely releasing Plaintiff's hand from drawer.

4.     Was otherwise guilty of negligence which will be more particularly described during the course of the litigation.

## **DAMAGES**

9.     Plaintiff sustained injuries and damages, which injuries and damages consists of, but are not limited to, the following, viz.:

1.     Permanent partial impairment;

2.     Past and future medical expense;

3.     Past and future pain and suffering;

4.     Past and future mental anguish;

5.     Loss of ability to earn in the future;

6.     Past and future lost wages;

7.     Scars, disfigurement and other visible results of his injuries;

8.     Other damages that will be more particularly described during the course of the litigation.

10.     Plaintiff demands judgment against the Defendant for a sum in excess of the minimum limits of jurisdiction for Federal Court, costs and all other relief to which the Plaintiff may be entitled.

## JURY DEMAND

11.   Plaintiff, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, demands a jury trial on all factual issues.

**NANCY BREWER, PLAINTIFF**

By: _____
    DAVID A. HODGES
    Attorney at Law
    212 Center Street, Fifth Floor
    Little Rock, AR 72201-2429
    Arkansas Bar No. 65021
    Telephone: 501-374-2400
    Facsimile:   501-374-8926
    E-Mail: david@hodgeslaw.com