ELECTRONICALLY FILED
Jefferson County Circuit Court
Barbara A. Collins, Circuit Clerk
2021-Jan-29 10:28:33
35CV-21-60
C41WD05 : 4 Pages

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ARKANSAS
### CIVIL DIVISION

**NANCY BREWER**                                                      **PLAINTIFFS**

**VS.**                            **NO. _____**

**BROOKSHIRE GROCERY COMPANY**                         **DEFENDANT**

### COMPLAINT

### JURISDICTION AND VENUE

1.      The Circuit Court of Jefferson County, Arkansas has jurisdiction of

this case because of the fact that the Plaintiff is seeking damages against the

Defendant in this civil proceeding thereby giving this Court jurisdiction under

Ark. Const. Art. 7 § 11 and Ark Code Annotated § 16-13-201.

2.      The venue for this action is in Jefferson County, Arkansas pursuant

to the provisions of the General Venue Statute, Ark. Code Annotated §16-60-

101 and Ark. Code Ann. § 16-55-213 (Civil Justice Reform Act of 2003).

### PARTIES

3.      The Plaintiff, at the time of this incident, was a resident of 2406

West 24th Street, Pine Bluff, Arkansas 71603-5013.

4.      The Defendant is Brookshire Grocery Company, a corporation

headquartered in Tyler, Texas and operating at 2800 S. Hazel Street, Pine Bluff,

Arkansas 71603-5007. The agent for service of process is C T Corporation

System, 124 West Capitol St., Suite 1900, Little Rock, AR 72201.



EXHIBIT
2

**FACTUAL BACKGROUND**

5.    This accident occurred on September 9, 2020 at approximately 6:15 p.m. at 2800 S. Hazel Street, Pine Bluff, Arkansas.

6.    Plaintiff was a customer at the Brookshire Grocery. When paying at the check out counter, Plaintiff requested her receipt and an employee of the Defendant, the cashier, told Plaintiff to reach over the counter for her receipt. As Plaintiff retrieved her receipt, the cashier slammed the cash register drawer closed. This trapped the Plaintiff's hand in the drawer and Plaintiff had to request the cashier open the drawer so Plaintiff could free her hand. The incident has caused pain and edema to right mid finger as well as lingering effects from nerve damage, including numbness and tingling.

**COUNT I**

7.    As a cause of action and ground for relief, Plaintiff alleges the factual matters described in paragraphs no. 1 through 6, inclusive, of the Complaint as part of this Count.

8.    This incident was caused by the negligence of the Defendant, which consists of, but is not limited to, the following, which negligence was a proximate cause of the alleged damages and injuries sustained by the Plaintiff, viz.:

    1.    Failure to safely operate the drawer.

-2-

2.   Failure to adequately pay attention in order to avoid injury when closing the drawer.

3.   Failure to mitigate damage through timely releasing Plaintiff's hand from drawer.

4.   Was otherwise guilty of negligence which will be more particularly described during the course of the litigation.

## DAMAGES

9.   Plaintiff sustained injuries and damages, which injuries and damages consists of, but are not limited to, the following, viz.:

1.   Permanent partial impairment;

2.   Past and future medical expense;

3.   Past and future pain and suffering;

4.   Past and future mental anguish;

5.   Loss of ability to earn in the future;

6.   Past and future lost wages;

7.   Scars, disfigurement and other visible results of his injuries;

8.   Other damages that will be more particularly described during the course of the litigation.

10.   Plaintiff demands judgment against the Defendant for a sum in excess of the minimum limits of jurisdiction for Federal Court, costs and all other relief to which the Plaintiff may be entitled.

## JURY DEMAND

11.   Plaintiff, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, demands a jury trial on all factual issues.

**NANCY BREWER, PLAINTIFF**

By: _____

DAVID A. HODGES
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
Arkansas Bar No. 65021
Telephone: 501-374-2400
Facsimile:   501-374-8926
E-Mail: david@hodgeslaw.com

**-4-**