IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NANCY BREWER**                                                                                       **PLAINTIFF**

v.                                    Case No. 4:21-cv-00160-KGB

**BROOKSHIRE GROCERY COMPANY**                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice and retention of case to resolve lien claims (Dkt. No. 35). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation, and the action is dismissed with prejudice as to defendant Brookshire Grocery Company. Plaintiff Nancy Brewer requests that the Court keep the case open in order to resolve all lien claims. The Court retains jurisdiction of this matter at Ms. Brewer's request to resolve all lien claims. The Court directs Ms. Brewer to file a status report within 90 days from the entry of this Order to inform the Court as to the status of this matter.

It is so ordered this 19th day of October, 2022.

_____
Kristine G. Baker
United States District Judge